## Dunwoody v. The State.

Per Curiam. After a careful examination of the record in this case, this court is of the opinion that the correct result was reached by the Court of Appeals, and no reason is shown for disturbing their judgment. *Judgment affirmed. All the Justices concur, except Fish, C. J., absent, and Atkinson, J., dissenting.*

No. 1259. December 12, 1919.

Certiorari; from Court of Appeals. 23 *Ga. App.* 93 (97 S. E. 561).

*C. D. Rivers, J. M. Bellah,* and *Maddox & Doyal,* for plaintiff in error.

*C. H. Porter, solicitor-general,* and *E. S. Taylor,* contra.